20

Submitted on record and briefs January 29, affirmed February 5, petition for rehearing denied March 3, 1970. Petition for review denied by Supreme Court April 7, 1970

# STATE OF OREGON, *Respondent, v.*
# DENNIS LᴇROY SMOCK,
*Appellant.*

465 P2d 251

*Gary D. Babcock*, Public Defender, Salem, for appellant.

*Jesse R. Himmelsbach, Jr.*, District Attorney, Baker, for respondent.

Before Sᴄʜwᴀʙ, Chief Judge, and Foʀᴛ and Bʀᴀɴᴄʜꜰɪᴇʟᴅ, Judges.

PER CURIAM.

The defendant, having been found guilty of a felony by a jury, appeals.①

---

① This appeal does not involve a first-degree murder conviction.

His sole contention on appeal is that under the Constitution of the United States the defendant was entitled to have the jury instructed that to find him guilty the jurors must unanimously agree as to his guilt. This issue has been decided *contra* to the defendant's contention in *State v. Gann*, 254 Or 549, 463 P2d 570, handed down by the Oregon Supreme Court on December 19, 1969.

Affirmed.